STATE of Missouri, Respondent,

v.

**Ronald W. STANTON, Appellant.**

**Nos. WD 51843, WD 53751.**

Missouri Court of Appeals,
Western District.

June 17, 1997.

Ellen H. Flottman, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa A. Fischer, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

### ORDER

PER CURIAM.

Appellant was convicted of receiving stolen property and sentenced to five years imprisonment. On direct appeal he claims insufficient evidence to establish the felony limit of a value of over $150 for the stolen property. In his Rule 29.15 appeal he claims error in not granting an evidentiary hearing on the claim of ineffective assistance of counsel for failure to call an additional defense witness.

Judgments affirmed. Rule 30.25(b) and Rule 84.16(b).